L. D. HARMON, as Administrator, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 20, 1895; decided April 9, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 13, 1895, which affirmed a judgment

in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*J. W. Dunwell* for appellant.

*W. E. Hughitt* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH and HAIGHT, JJ., not sitting.
Judgment affirmed.